# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Charles W. Haney II, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:24-cv-00047-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| North Carolina Department of Correction | ) | |
| Burton M. Adams | ) | |
| Jacob Winebarger | ) | |
| Johnathan Maddedn, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2024 Order.

June 20, 2024

Katherine Hord Simon, Clerk
United States District Court